

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00531-CV

Janet **AHMAD**,
Appellant

v.

**BLUFFVIEW GREENS HOMEOWNERS ASSOCIATION, INC.**, Joseph Battaglia, David
M. Garrett, Allan R. Manka, and FirstService Residential San Antonio, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02963
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date and without reference to the merits, the judgment of the trial court is SET ASIDE and the case is REMANDED to the trial court for rendition of judgment in accordance with the parties' agreement.

We ORDER all costs of this appeal assessed against the party that incurred them.

We ORDER the clerk of this court to immediately issue the mandate.

SIGNED May 5, 2021.

_____
Luz Elena D. Chapa, Justice